**EASTERN DISTRICT OF TENNESSEE**

IN RE: UNCLAIMED FUNDS            )            CHAPTER 13
       8/19/2013


**NOTICE OF PAYMENT OF UNCLAIMED**
**FUNDS TO THE CLERK OF COURT**

    The following checks have been outstanding for more than 90 days and pursuant to 11 U.S.C. Section 347 the funds are being paid to the Clerk of the Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| Eldred Dwayne King | | | | |
| 1655110 | 037/018 | 07-11880 | EMC Cardiology %Premier Financial & Credit 5312 Brainerd Road Chattanooga, TN 37411 | $5.42 |
| George Jose Escarra | | 07-13791 | | |
| 1655110 | 012/001 | | EMC Cardiology %Premier Financial & Credit 5312 Brainerd Road Chattanooga, TN 37411 | $11.87 |
| Anthony Shane Sweatman | | | | |
| 1655110 | 400/002 | 07-13862 | Money Exchange 3920 C Ringgold Road East Ridge, TN 37412 | $26.49 |
| Tyrone Sanderfer, Sr. | | | | |
| 1655110 | 036/003 | 07-15379 | UT family Physicians %Premier Financial & Credit 5312 Brainerd Road Chattanooga, TN 37411 | $9.48 |
| Jeremy David Price | | | | |
| 1655110 | 014/001 | 08-10438 | Bledsoe Emergency Physicians %Premier Financial & Credit 5312 Brainerd Road Chattanooga, TN 37411 | $2.21 |

**UNCLAIMED FUNDS CONTINUED**

```
Donald Desgranges Wallis
1655110      008/002    08-10817    Rev. Robert G. McGehee          $740.99
                                    1312 Runnymead Avenue SW
                                    Decatur, AL 35601-3657

Gregory Eugene Finch
1655110      019/012    08-11075    University Rheumatology Assoc.    $1.92
                                    %Premier Financial & Credit
                                    5312 Brainerd Road
                                    Chattanooga, TN 37411

Eleanor Bradon Parks
1655110      009/012    08-11383    Spirit of American Natl Bank     $19.05
                                    450 Winks Lane, Ste. 100
                                    Bensalem, PA 19020-5943

Jacqueline Priscilla Williams
1655110      013/005    08-12396    Pediatric Subspecialists Group   $20.15
                                    %Premier Financial & Credit
                                    5312 Brainerd Road
                                    Chattanooga, TN 37411

Johnny Ray Crowell
1655110      007/999    08-13047    Johnny Ray Crowell               $25.54
                                    144 Haskins Chapel Road
                                    Lewisburg, TN 37091

Michael David Cason
1655110      400/020    08-13582    West Healthcare Receivables      $32.93
                                    %West Asset Management Inc.
                                    PO Box 790113
                                    Saint Louis, MO 63179-0113

William Leroy Unger
1655110      016/012    08-14171    Alton Park/Dodson Ave. Clinic     $9.51
                                    %Premier Financial & Credit
                                    5312 Brainerd Road
                                    Chattanooga, TN 37411

Toby Lebron Grayson
1655110      018/999    08-15315    Toby Lebron Grayson              $10.02
                                    326 Angela Drive
                                    Whitwell, TN 37397

Valecia Michelle Elder
1655110      400/012    08-15473    UT Family Physicians             $46.60
                                    %Premier Financial & Credit
                                    5312 Brainerd Road
                                    Chattanooga, TN 37411
```

**UNCLAIMED FUNDS CONTINUED**

```
Valecia Michelle Elder
1655110      401/014    08-15473    UT Family Physicians              $93.11
                                    %Premier Financial & Credit
                                    5312 Brainerd Road
                                    Chattanooga, TN 37411


Valecia Michelle Elder
1655110      402/017    08-15473    UT Family Physicians              $81.63
                                    %Premier Financial & Credit
                                    5312 Brainerd Road
                                    Chattanooga, TN 37411


John Anthony Miles
1655110      018/005    08-15983    West Healthcare Receivables        $2.84
                                    %West Asset Management Inc.
                                    PO Box 790113
                                    Saint Louis, MO 63179-0113


John Anthony Miles
1655110      019/009    08-15983    Pediatric Subspecialists Group    $47.02
                                    %Premier Financial & Credit
                                    5312 Brainerd Road
                                    Chattanooga, TN 37411

William John Nicodemus
1655110      030/019    08-16699    Gandara Tax Refund Express       $500.00
                                    2527 Decherd BLVD
                                    Decherd, TN 37324-3834

Joseph Allen Demary
1655110      019/012    08-17087    Pediatric Subspecialists Group    $35.23
                                    %Premier Financial & Credit
                                    5312 Brainerd Road
                                    Chattanooga, TN 37411

Sandra Renee Wilson
1655110      020/002    09-10687    UT Family Physicians              $22.96
                                    %Premier Financial & Credit
                                    5312 Brainerd Road
                                    Chattanooga, TN 37411

Anthony Allen Stewart
1655110      400/004    09-10707    West Healthcare Receivables       $31.90
                                    %West Asset Management Inc.
                                    PO Box 790113
                                    Saint Louis, MO 63179-0113

Anthony Allen Stewart
1655110      401/003    09-10707    West Healthcare Receivables       $35.11
                                    %West Asset Management Inc.
                                    PO Box 790113
                                    Saint Louis, MO 63179-0113
```

**UNCLAIMED FUNDS CONTINUED**

Robert E. Shaw
1655110     400/007     09-11076     Hixson Pike Medical Associates     $31.08
                                     PO Box 676697
                                     Dallas, TX 75267-6697

Pamela Darlene Patton
1655110     027/014     09-11784     Hypertension MGMT Center           $9.00
                                     %Premier Financial & Credit
                                     5312 Brainerd Road
                                     Chattanooga, TN 37411

Barry Evander Harris
1655110     400/016     09-12445     Little Loan Shop                   $171.76
                                     90 West 500 South 2001
                                     Bountiful, UT 84010

Marilyn Renee Parks
1655110     400/007     10-12763     Consumer Adjustment Co.            $13.96
                                     12855 Tesson Ferry Road
                                     Saint Louis, MO 63128-2911

Alethea Joy Marler
1655110     008/999     10-15636     Alethea Joy Marler                 $10.00
                                     704 Gideon Street
                                     Athens, TN 37303


                                                              TOTAL   $2,047.78



                                     C. KENNETH STILL, TRUSTEE
                                     **C. KENNETH STILL, TRUSTEE**